UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Gleason, et al.,

                                      Plaintiffs,

        -against-

County of Putnam, et al.,

                                    Defendant.

**ORDER RE STATUS CONFERENCE**

**7:23-cv-4464 NSR**

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **11/22/2024 at 10:30 am.** The parties are to dial in to the ATT conference line at **877-336-1839, enter access code 5999739** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
                November 15, 2024

                                                      _____
                                                      VICTORIA REZNIK
                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2024